# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152758(49)

COVENANT MEDICAL CENTER, INC.,
       Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Defendant-Appellant.

SC: 152758
COA: 322108
Saginaw CC: 13-020416-NF

_____/

     On order of the Chief Justice, the motion of the Michigan Municipal Risk Management Authority for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 23, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



Clerk